TEXT ENTRY ORDER
ON SEALED MOTION

SEE DOCKET TEXT FOR DETAILS